# UNITED STATES DISTRICT COURT
for the
Southern District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  **20-MJ-2162**
)
USPS Priority Mail 9505515915690137536548 )
addressed to "Robbie Bianco 254 LAKE AVE S )
NESCONSET, NY 11767-1851" )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail 9505515915690137536548 addressed to "Robbie Bianco 254 LAKE AVE S NESCONSET, NY 11767-1851", which is in the custody of the United States Postal Inspection Service.

located in the _____Southern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the US Mails, including money paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 843(b), and 846 | Distribution and Possession with Intent to Distribute a Controlled Substance, Unlawful Use of a Communications Facility to Facilitate the Distribution of a a Controlled Substance, and Conspiracy |

The application is based on these facts:
See attached Affidavit of U.S. Postal Inspector David Jones

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

*Applicant's signature*

David Jones, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: **10:46 AM, Jun 5, 2020**

*Judge's signature*

City and state:  San Diego, California    Honorable Daniel E. Butcher, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT FOR SEARCH WARRANT

I, David Jones, United States Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, state as follows:

1. This affidavit is submitted in support of an application for a search warrant for the following **Subject Parcels**:

    a. **Subject Parcel 1** is USPS Priority Mail 9505515915690137536487 addressed to "Brad Brown 2412 SINKING CREEK RD JOHNSON CITY, TN 37604-3502", with the return address of "YouTube Jeffery Hunt 362 Texas St San Diego, CA 92104". It was accepted for mail delivery on May 16, 2020 from ZIP code 92101 and weighs approximately 3 lbs 3.50 oz

    b. **Subject Parcel 2** is USPS Priority Mail 9505515915690137536548 addressed to "Robbie Bianco 254 LAKE AVE S NESCONSET, NY 11767-1851", with the return address of "YouTube Jeffery Hunt 362 Texas St San Diego, CA 92104". It was accepted for mail delivery on May 16, 2020 from ZIP code 92101 and weighs approximately 10.20 oz.

2. The **Subject Parcels** are in the custody of the United States Postal Inspection Service in San Diego, Southern District of California.

3. Based on information described below, I submit there is probable cause to believe that the **Subject Parcel** contains evidence of a crime, contraband, fruits of crime and property used in committing a crime, including violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 843(b) (unlawful use of a communication facility (including the mail) to facilitate the distribution of a controlled substance), and 846 (conspiracy to do the same).

4. The facts set forth in this affidavit are based upon my training, personal experience, and information obtained from other law enforcement agents, investigators, and the experiences related to me by USPIS inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds. Since this

affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish the foundation for the requested warrant.

5. I am a United States Postal Inspector employed by the United States Postal Inspection Service (USPIS) and have been so since August 2015. I attended the Basic Postal Inspector Academy from May 2015 through August 2015. In August 2015, I was assigned to the Prohibited Mailings Narcotics team. Prior to being a Postal Inspector, I was employed as a police officer with the San Diego Police Department in San Diego, CA for two years. I have received formal narcotics training in the San Diego Regional Public Safety Training Institute, Postal Inspector Basic Training, and training in the field that relates to recognizing controlled substances and other illegal drugs. I have been involved in numerous narcotics investigations, narcotic-related arrests, and under-the-influence-related arrests. During my time as a police officer and Postal Inspector, I have become familiar with the manner in which drugs are packaged, marked, and consumed. I also had training with the U.S. Postal Inspection Service regarding individuals using the U.S. Mail to transport controlled substances and proceeds from the sale of controlled substances as well as the use of money orders to launder the proceeds of controlled substance transactions. I have conducted investigations which have resulted in the seizure of illegal narcotics and proceeds including cryptocurrency. I have participated in numerous court-authorized searches of residences, vehicles, parcels, and electronics. I have had training and experience with the dark web and multiple dark net marketplaces. I have conducted investigations involving the dark net marketplaces which have resulted in the seizure of deadly controlled substances, the arrests of numerous buyers and vendors, and the seizure of multiple types of virtual currency. I am currently assigned to the San Diego Field Office of the USPIS and my duties include investigating violations of the Drug Abuse Prevention and Control Act and related offenses, which is the subject of this affidavit.

## PROBABLE CAUSE

6. On or about May 16, 2020, 14 parcels were mailed in one transaction at the Horton Plaza USPS Post Office located in Downton San Diego, California. The total cost for postage on all of the parcels was $122.95. The total cost was paid for with cash. USPS employees thought the parcels were suspicious and referred the parcels to San Diego Inspectors. On May 20, 2020, I encountered the parcels. Thirteen of the parcels were USPS Priority Mail small flat rate boxes and one parcel was a USPS Priority Mail medium flat rate box. I noticed they all had preprinted address labels with the same sender information and were destined for 11 different states. Based upon these unusual features, the **Subject Parcels** were detained for further investigation.

7. Following my inspection of the 14 parcels, I used CLEAR, which is a public information database that provides names, addresses, telephone numbers, and other identifying information, to conduct a check of the return address listed on all of the 14 parcels (including the **Subject Parcels**): "YouTube Jeffery Hunt 362 Texas St San Diego, CA 92104". CLEAR was unable to associate the name "YouTube" or "Jeffery Hunt" to the Texas Street address and CLEAR was also unable to verify the address itself. An address check on USPS.com, yielded a response of "Unfortunately, this information wasn't found. Please double-check it and try again."

8. Based on my training and experience, I know that online narcotics traffickers will disguise their parcels to make it look like it is a legitimate parcel from a company or business and sometimes they use fictitious return addresses. This method is used to make it harder for law enforcement to identify and seize parcels containing controlled substances and repel suspicions from other family members or friends who might encounter the parcel before the intended recipient.

9. On May 20, 2020, I contacted the recipient of one of the 14 parcels, "Brandon Anderson 3002 E VOGEL AVE CUDAHY, WI 53110-1834," who was listed on USPS Priority Mail Parcel 9505515915690137536524. Anderson confirmed his name and

verified his address. Anderson granted me consent to open the parcel. I opened the parcel and discovered packing peanuts and a folded up USPS Priority Mail Tyvek envelope. Inside of the Tyvek envelope was a Ziploc bag containing 218 grams of white rectangular pills imprinted with "gg 249". A google search of "gg249" reveals that the rectangular shape and imprint belongs to Alprazolam 2 mg pills supplied by Sandoz Pharmaceuticals Inc. Alprazolam 2 mg is classified as a schedule IV controlled substance.

10. On May 26, 2020, I met with California Highway Patrol (CHP) Officer, John Gray, a trained canine handler, and his certified and trained narcotics detection canine "Maxx". Officer Gray informed me that "Maxx" has completed more than 200 hours of training and is certified by the CHP Canine Academy in the detection of the odors of marijuana, heroin, methamphetamine, and cocaine. Officer Gray and his canine "Maxx" have been teamed together since March 2015 and were first certified in May 2015. Further, I am aware that "Maxx" has successfully identified controlled substances concealed within vehicles, buildings and parcels. For these reasons, I believe "Maxx" to be reliable in the detection of controlled substance odors.

11. Officer Gray and "Maxx" conducted an exterior examination of the **Subject Parcels**. When "Maxx" examined the **Subject Parcels**, Officer Gray informed me that "Maxx" had alerted to the presence of the odor of controlled substances.

12. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes, and/or currency from the illegal sale and mailing of controlled substances are being concealed in the **Subject Parcels**. Accordingly, I seek the issuance of a search warrant directing the search of the articles as described above and the seizure of the articles, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

# REQUEST FOR SEALING

13.  I respectfully request that this Court issue Orders sealing this Affidavit along with the accompanying Search Warrant Applications and Warrants. Sealing is necessary because the items and information to be seized are relevant to an ongoing criminal investigation and premature disclosure of the contents of this affidavit and related documents may have a negative impact on this continuing criminal investigation by causing the subject(s) of the investigation to destroy or discard evidence or otherwise jeopardize the effectiveness of the investigation.

14.  I declare under penalty and perjury the foregoing is true and correct to the best of my knowledge and belief.

_____
David Jones
United States Postal Inspector

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this **Jun 5, 2020** th day of June 2020.

**The Application, Affidavit and Search Warrant are Hereby Ordered Sealed.**

_____
Honorable Daniel E. Butcher
United States Magistrate Judge